## Brodhead *v.* Reinbold, Appellant.

Argued March 13, 1901.  Appeal, No. 102, Jan. T., 1901, by defendant, from judgment of C. P. Northampton Co., Sept. T., 1899, No. 15, on conditional verdict in case of J. Davis Brodhead, to use of Catharine Ferriday, v. Nancy Reinbold and Charles H. Reinbold.  Before McCOLLUM, C. J., MITCHELL, FELL, MESTREZAT and POTTER, JJ.  Affirmed.

OPINION BY MR. JUSTICE POTTER, October 21, 1901:

An opinion has just been filed in the preceding case, between the same parties, but wherein the present appellant is the appellee.  We think her rights have been equitably determined, and it is, therefore, only necessary, in the present case, to formally affirm the action of the court below, and, accordingly, the judgment is affirmed.